AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DOUGLAS JUNCO,

    Plaintiff,

v.

OFFICER CARVER,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-27

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered November 12, 2024, the Court grants Defendant's Motion to Dismiss and dismisses without prejudice Plaintiff's Complaint for failure to exhaust administrative remedies. The Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Hon. Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

November 12, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020